

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00069-CV

IN RE PENTEX FOUNDATION AND            RELATORS
JOSHUA UNGER, TRUSTEE OF
GBU FRIENDS AND ASSOCIATES,
TRUST

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 236-277223-15

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' amended petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' amended petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; GARDNER and MEIER, JJ.

DELIVERED: July 21, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).